

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-12-00367-CV

Lewis S. **CHRISTIAN**, Jr., M.D.P.A. and Lewis S. Christian, Jr., Individually,
Appellants

v.

Chris **SCHUCHART**, Independent Executor of the Estate of Tom A. Russell, Deceased,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 12170A
Honorable N. Keith Williams, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Karen Angelini, Justice
               Sandee Bryan Marion, Justice

Delivered and Filed:  November 28, 2012

DISMISSED

The parties have filed a joint motion to dismiss this appeal, stating that they have reached an agreement to settle and compromise the appeal.  The motion is granted.  *See* TEX. R. APP. P. 42.1(a), 43.2(f).  Costs of appeal are taxed against the appellants.

PER CURIAM